ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

MOUNIR MRABET,

                 Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

23 Cr.

**23 CRIM 069**

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1.     From at least in or about September 2022, up to and including on or about January 5, 2023, in the Southern District of New York and elsewhere, MOUNIR MRABET, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.     It was a part and an object of the conspiracy that MOUNIR MRABET, the defendant and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3.     The controlled substances that MOUNIR MRABET, the defendant, and others known and unknown, conspired to distribute and possess with intent to distribute were (i) 50 grams and more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A), and (ii) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Narcotics Distribution)

The Grand Jury further charges:

4. On or about September 30, 2022, in the Southern District of New York and elsewhere, MOUNIR MRABET, the defendant, intentionally and knowingly distributed and possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

5. The controlled substances involved in the offense were (i) 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A), and (ii) a quantity of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## COUNT THREE
### (Narcotics Distribution)

The Grand Jury further charges:

6. On or about January 5, 2023, in the Southern District of New York and elsewhere, MOUNIR MRABET, the defendant, intentionally and knowingly distributed and possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

7. The controlled substances involved in the offense were (i) 50 grams and more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A), and (ii) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B); and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS

8. As a result of committing the offenses alleged in Counts One, Two, and Three of this Indictment, MOUNIR MRABET, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Asset Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON
2/6/23

DAMIAN WILLIAMS
United States Attorney

4