Dear your Honorable Judge Rakoff

this is Monnie Mxabet 38281510 I've been incarcerated 6 months now and have not Recieved Expulatory Evidence Jencks Act Brady Material or The Text Messages the prosecution plans on using My Trial for Aug 8th. You order them just Didn't talk in court last time And Feel the prosecutor used a false Affidavit to Refer Me to detention I have sent numerous motions stating Fact to the Best of My Ability Based on truth and nothing But under oath this is a sworn Affidavit

(Monnie Mxabet) 
Human Living son)

June 20 2023.

please grant Me Bail So I can Properly Defend Myself in Trail.

Mounir Mabet (38281510)
M.D.C. Brooklyn N.Y 11232
P.O. Box 329002

Legal Mail -

Honorable Judge Rakoff,
Clerk of Court 14B chamber
500 Pearl st N.Y N.Y 10007

10007-131699