UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

UNITED STATES OF AMERICA        :

                                    :          **ORDER**

             - v. -             :

                                    :          23 Cr. 69 (JSR)

MOUNIR MRABET,                :

                                    :

            Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        UPON THE APPLICATION, of defense counsel, requesting to withdraw as counsel of record due to a conflict in the representation arising from several factors, including a complete breakdown of confidence and communication, resulting in irreparable harm to the attorney-client relationship;

        AND HAVING, held a hearing in the matter on June 29, 2023;

        IT IS HEREBY ORDERED AND ADJUDGED THAT:

        Defense counsel's motion to withdraw as counsel of record is GRANTED.

SO ORDERED.

New York, NY
July 5, 2023

                                                          JED S. RAKOFF, U.S.D.J.