UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States, | |
|---|---|
| -v- | 23-cr-69 (JSR) |
| Mounir Mrabet, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to the C.J.A. attorney on duty on Friday, June 30, 2023, Camille Abate. Counsel for the defense and the Government are directed to jointly call Chambers by no later than Friday, July 7, 2023 to set up a new date for trial.

SO ORDERED.

Dated: New York, NY
       July 5, 2023

JED S. RAKOFF, U.S.D.J.

1