UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>MOUNIR MRABET,<br><br>          Defendant. | 23-cr-69 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Mounir Mrabet faces a superseding indictment on one count of narcotics conspiracy, two counts of narcotics distribution, and one count of possession of a firearm in furtherance of a drug trafficking crime. ECF No. 10. Mrabet has pleaded not guilty, and on August 4, 2023, he moved for a hearing under Franks v. Delaware, 438 U.S. 154 (1978), regarding the potential suppression of evidence from four search warrants that he argues contained material false statements and omissions. ECF No. 17 ("Motion"). The Government submitted an opposition on August 22, 2023, ECF No. 19 ("Opp."), and Mrabet filed a reply on August 29, 2023, ECF No. 20 ("Reply"). After considering the parties' submissions, the Court now denies the motion. An opinion explaining the reasoning for this ruling will follow in due course. The Clerk is respectfully directed to close entry number 17 on the docket of this case.

    SO ORDERED.

New York, NY
September 12, 2023

_____
JED S. RAKOFF, U.S.D.J