UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MOUNIR MRABET,<br><br>Defendant. | 23-cr-69 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Mrabet, acting pro se, has submitted a number of letter-motions seeking various forms of relief, see ECF Nos. 62, 67, 69, 70, 71, and 72. The Court duly notified defendant that it could not consider these motions because his appeal was then pending in the Second Circuit Court of Appeals. See ECF No. 68. But now that the Second Circuit has affirmed his conviction and issued its mandate on September 17, 2025, the Government is directed to file a combined response to defendant's motions by no later than November 7, 2025.

SO ORDERED.

Dated:   New York, NY
         September 22, 2025

JED S. RAKOFF, U.S.D.J.